FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Opsal, Natasha Ann | Docket No. | 0980 2:22CR00053-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Natasha Ann Opsal, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Spokane, Washington, on the 29th day of June 2022 under the following conditions:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 1, 2022, U.S. Probation Officer Lori Cross reviewed the conditions of pretrial release supervision with Ms. Opsal. Ms. Opsal acknowledged an understanding of the release conditions at that time.

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Violation #1:** Natasha Ann Opsal is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine and fentanyl on July 1, 2022.

On July 1, 2022, Ms. Opsal reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine and fentanyl.  Ms. Opsal admitted she ingested fentanyl on or about June 30, 2022.  She denied ingesting methamphetamine.  Ms. Opsal signed a substance abuse admission/denial report indicating she ingested fentanyl and denied ingesting amphetamine or methamphetamine.  Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On July 11, 2022, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.  On July 13, 2022, Alere confirmed the above-referenced urine specimen tested positive for the presence of fentanyl.

**Special Condition #3:** Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office and shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited testing which is required as a condition of release.

**Violation #2:** Natasha Ann Opsal is alleged to have violated the conditions of pretrial release supervision by failing to appear for random drug testing at Pioneer Human Services on July 5, 2022.

On July 1, 2022, U.S. Probation Officer Lori Cross referred Ms. Opsal to the phase urinalysis program at Pioneer Human Services (PHS).  Ms. Opsal was instructed to contact PHS daily to determine if she was required to submit to random drug testing, starting on July 2, 2022.

On July 5, 2022, Ms. Opsal failed to report for random drug testing at PHS.

On July 6, 2022, Ms. Opsal reported to the undersigned officer that she had failed to report for random urinalysis at PHS on July 5, 2022.

PS-8

**Re: Opsal,, Natasha Ann**
**July 18, 2022**
**Page 2**

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    July 18, 2022

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

July 19, 2022

Date