UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Opsal, Natasha Ann | Docket No. | 0980 2:22CR00053-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Natasha Ann Opsal, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Spokane, Washington, on the 29th day of June 2022, under the following conditions:

On July 1, 2022, U.S. Probation Officer Lori Cross reviewed the conditions of pretrial release supervision with Ms. Opsal. Ms. Opsal acknowledged an understanding of the release conditions at that time.

**Special Condition #1:** Defendant shall submit to a substance abuse evaluation as directed by the United States Probation/Pretrial Services Office.

**Special Condition #3:** Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office and shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited testing which is required as a condition of release.

**Standard Condition #6:** Defendant shall report to he U.S. Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such a manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Natasha Ann Opsal is alleged to have violated her conditions of pretrial release supervision by failing to submit to a substance abuse evaluation at Pioneer Human Services on July 22, 2022.

On July 1, 2022, U.S. Probation Officer Lori Cross instructed Ms. Opsal to schedule a substance abuse evaluation at Pioneer Human Services (PHS).

On July 6, 2022, Ms. Opsal reported to the undersigned officer that she scheduled a substance abuse assessment for July 22, 2022, at PHS.

On July 22, 2022, Ms. Opsal failed to attend her substance abuse evaluation at PHS.

The undersigned officer has attempted to contact Ms. Opsal by telephone, text message, at her reported residence, as well as through defense counsel and collateral contacts without success.

**Violation #2:** Natasha Ann Opsal is alleged to have violated the conditions of pretrial release supervision by failing to appear for random drug testing at Pioneer Human Services on July 18 and 26, 2022.

On July 1, 2022, U.S. Probation Officer Lori Cross referred Ms. Opsal to the phase urinalysis program at Pioneer Human Services (PHS). Ms. Opsal was instructed to contact PHS daily to determine if she was required to submit to random drug testing, starting on July 2, 2022.

On July 18 and 26, 2022, Ms. Opsal failed to report for random drug testing at PHS.

Re: Opsal, Natasha Ann
July 29, 2022
Page 2

**Violation #3:** Natasha Ann Opsal is alleged to have violated the conditions of pretrial release supervision by failing to contact the undersigned officer as directed on July 21, 25 and 27, 2022.

On July 21, 2022, this officer called Ms. Opsal's listed phone number and left a message on her voice mail directing her to contact the undersigned immediately that same day. A text message was also sent to her phone number with the same message. Ms. Opsal failed to contact this officer as directed.

On July 25, 2022, an attempt was made to contact Ms. Opsal at her listed residence but there was no response at the door. A business card was left on her door with instructions for her to contact the undersigned immediately that same day but she failed to respond as directed.

On July 27, 2022, a third attempt was made to contact Ms. Opsal by calling her listed phone number. The call went directly to her voice mail so a message was left directing her to contact this officer. To date, Ms. Opsal has failed to contact this officer and her whereabouts remain unknown.

The undersigned officer has attempted to contact Ms. Opsal by telephone, text message, at her reported residence, as well as through defense counsel and collateral contacts without success.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: July 29, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

7/29/2022
Date