UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATASHA ANN OPSAL,<br><br>Defendant. | No. 2:22-CR-0053-TOR<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States' oral Motion for Entry of a Preliminary Order of Forfeiture. Having reviewed the record in this matter, the Court finds good cause to enter the Preliminary Order of Forfeiture as proposed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' oral Motion for Entry of a Preliminary Order of Forfeiture is **GRANTED.**

2. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), Defendant, NATASHA ANN OPSAL, shall forfeit $19,375.00, in the form of a money judgment in favor of the United States, which represents the amount of proceeds Defendant obtained as a result of her illegal conduct.

PRELIMINARY ORDER OF FORFEITURE ~ 1

3. Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the United States may seek forfeiture of any other property of the Defendant up to the value of the money judgment listed above.

4. The United States is authorized to seize this sum, whether held by the Defendant or a third party, and to conduct any discovery proper in identifying or locating such property, in accordance with Fed. R. Crim. P. 32.2(b)(3).

5. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

6. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing and is made part of the sentence and included in the judgment.

7. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

Dated February 8, 2023.



THOMAS O. RICE
United States District Judge

PRELIMINARY ORDER OF FORFEITURE ~ 2