# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>vs.<br><br>NATASHA ANN OPSAL,<br><br>                             Defendant. | Case No.   2:22-CR-0053-TOR<br><br>CRIMINAL MINUTES<br><br>DATE:   5/10/2023<br><br>LOCATION:   Spokane 902<br><br>SENTENCING HEARING |
|---|---|

### JUDGE THOMAS O. RICE

| Bridgette Fortenberry | 01 | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Frieda K. Zimmerman<br><br>**Plaintiff's Counsel** | | Zachary L. Ayers<br><br>**Defendant's Counsel** | |

[ X ] Open Court                                                      [ X ] US Probation Officer: Cassie Lerch

Defendant present in USMS custody and assisted by counsel.

Ms. Zimmerman addressed the Court and made a sentencing recommendation on behalf of the government.

The Court requested Ms. Zimmerman provide the Court addresses where restitution payments should be made. Ms. Zimmerman confirmed she would provide the Court with those addresses today.

The Court confirmed counsel's review of the PSIR with Defendant and there are no outstanding objections.

The Court adopted the final PSIR without change and calculated the advisory sentencing guidelines.

Mr. Ayers addressed the Court and made a sentencing recommendation on Defendant's behalf.

Defendant addressed the Court on her own behalf.

The Court imposed sentence as follows:

| **Incarceration:** | 6 months |
|---|---|
| **Supervised Release:** | 3 years |
| **Fine**: | Waived |
| **Special Penalty Assessment**: | $100 |
| **Restitution:** | $61,247 (interest waived) |

Page 2　　　　　*USA v. Opsal*　　　　2:22-CR-0053-TOR　　　　　Sentencing Hearing

Money judgment forfeited to the govt per the plea agreement.

Counts 1, 2, 4-9 are dismissed on the govt's oral motion.

Appeal rights waived in plea agreement.

Defendant remanded to USMS custody to begin imposition of sentence.

| Convened: 10:08 am | Adjourned: 10:29 am | Time: 21 mins | [X] Judgment to follow |
|---|---|---|---|