PROB 12C
(6/16)

Report Date: October 19, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Natasha Ann Opsal | Case Number: 0980 2:22CR00053-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 10, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Wire Fraud, 18 U.S.C. § 1343 | | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: June 14, 2023 | |
| Defense Attorney: | Zachary Lynn Ayers | Date Supervision Expires: June 13, 2026 | |

### PETITIONING THE COURT

To issue a **warrant**.

On June 23, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Opsal, as outlined in the judgement and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**:  After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Natasha Opsal allegedly violated standard condition number 2 by failing to check-in with this officer as instructed.<br><br>On August 7, 2023, this officer met with Ms. Opsal at the U.S. Probation Office.  During that meeting, the offender was notified that her prior violation behavior would be reported to the Court via a report on offender under supervision, with no further action requested.  Ms. Opsal was although cautioned that any further violation behavior would likely result in her appearance in Court.  As a means to monitor her compliance, the offender was instructed to check-in with this officer the following month.<br><br>The offender failed to check-in with this officer during the month of September 2023 as instructed. |

Prob12C
**Re: Opsal, Natasha Ann**
**October 19, 2023**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: On October 18 and 19, 2023, Natasha Opsal allegedly violated standard condition number 13 by failing to report as instructed.

On October 12, 2023, the undersigned attempted to contact Ms. Opsal, as it had been approximately 2 months since her last interaction with the U.S. Probation Office; she did not answer. According to the recording on her voice mailbox, the offender would be staying at a friend's cabin on Mt. Spokane between October 11 and October 14, 2023, because she had "finally got a couple of days off of work." This officer subsequently sent both voice and text messages instructing the offender to contact the undersigned immediately.

After close of business on October 17, 2023, with no response from the offender, this officer again attempted to call her. Once again, there was no answer, therefore this officer sent both voice and text messages instructing Ms. Opsal to report to the U.S. Probation Office the next morning, October 18, 2023, at 8 a.m.

On October 18, 2023, the offender failed to report as instructed.

On the morning of October 19, 2023, this officer again attempted to contact the offender, who had not responded to any of the undersigned's previous calls or text messages. Once again, she did not answer, so this officer left a voice message instructing Ms. Opsal to report to the probation office by 12 p.m. that same date. It should be noted that by this point, the undersigned had been attempting to contact Ms. Opsal for 1 week.

On October 19, 2023, the offender failed to report as instructed, and her whereabouts are unknown.

3    **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On or about October 18, 2023, Natasha Opsal allegedly violated standard condition number 7 by failing to notify this officer of a change in her employment.

On October 18, 2023, this officer contacted Ms. Opsal's employer, the Ruby Hotel, in an attempt to establish contact. According to the information received, the offender "called out" for her scheduled shift on October 15, 2023; according to the employer, they have not heard from Ms. Opsal since.

The offender was reportedly then a "no-call, no-show" for work on October 16 and 17, 2023. This officer was informed that failing to report for work 2 days in a row, with no communication, was grounds for termination. As such, her employed was terminated effective October 18, 2023.

Prob12C
Re: Opsal, Natasha Ann
October 19, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/19/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

October 19, 2023

Date